UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION



* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | CR. 09-40130 |
| Plaintiff, | * | |
| vs. | * | ORDER |
| JEREMY VINCENT NELSON, | * | |
| Defendant. | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

Pending is Defendant's Motion to be Removed from the General Population at the Yankton County Jail (Doc. 37). After reviewing the motion, it is hereby

ORDERED that Defendant's Motion (Doc. 37) is DENIED as the motion requests relief that is a jail management issue for the United States Marshals Service to address and is not a matter for the court.

Dated this __10__ day of June, 2010.

BY THE COURT:

John E. Simko
United States Magistrate Judge